AARON D. FORD
  Attorney General
HEATHER B. ZANA, Bar No. 8734
  Deputy Attorney General
State of Nevada
Public Safety Division
100 N. Carson Street
Carson City, NV 89701-4717
Tel: (775) 684-1261
E-mail: hzana@ag.nv.gov

*Attorneys for Defendants*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| BERNHARD F. ZACK, | Case No. 3:18-cv-00099-MMD-WGC |
| Plaintiff, | |
| vs. | **STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |
| NEVADA DEPARTMENT OF CORRECTIONS, et al., | |
| Defendants. | |

IT IS HEREBY STIPULATED by and between Plaintiff, Bernhard F. Zack, in proper person, and Defendants, by and through counsel, Aaron D. Ford, Attorney General of the State of Nevada, and Heather B. Zana, Deputy Attorney General, hereby stipulate and agree, based upon the Settlement Agreement between the parties, that the above-captioned action should be dismissed with prejudice by order of this Court, with each party to bear his own costs.

[signature]
Bernhard F. Zack, Plaintiff
*Pro Se*

Dated: 7-9-19

AARON D. FORD
Attorney General

By: [signature]
HEATHER B. ZANA, Bar No. 8734
Deputy Attorney General
Attorneys for Defendants

Dated: 7·11·19

IT IS SO ORDERED.

[signature]
**U.S. DISTRICT JUDGE**

Dated: July 11, 2019

1

# CERTIFICATE OF SERVICE

I certify that I am an employee of the Office of the Attorney General, State of Nevada, and that on this 11th day of July, 2019, I caused to be served electronically via the CM/ECF, the foregoing, **STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE**, to the following:

Bernhard Zack, #92471
Care of LCC Law Librarian
Lovelock Correctional Center
1200 Prison Road
Lovelock, NV 89419
lcclawlibrary@doc.nv.gov

/s/ Laurie Penny
An employee of the
Office of the Attorney General